# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ZANE HUBBARD, | Case No. 1:13-cv-01078-LJO-MJS (PC) |
|---|---|
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (1) DENYING DISQUALIFICATION OF MAGISTRATE JUDGE, and (2) DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM** |
| v. | |
| MENDES, et al., | |
| Defendants. | **(ECF No. 11)** |
| | **DISMISSAL COUNTS AS STRIKE PURSUANT TO 28 U.S.C. § 1915(g)** |
| | **CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On February 28, 2014, the Magistrate Judge issued Findings and Recommendations that the request to disqualify the Magistrate Judge be denied as unsupported and that the action dismissed with prejudice for failure to state a claim. On March 10, 2014, Plaintiff filed Objections to the Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. The Objections do not raise an issue of law or fact under the Findings and Recommendations and there is no need to modify the Findings and Recommendations based on the Objections.

The Objections re-hash constitutional claims considered by the Magistrate Judge and found deficient for the reasons stated by the Magistrate Judge.

Likewise Plaintiff's re-argument of his request that he Magistrate Judge be disqualified fails for the reasons stated in the Findings and Recommendations and is not a basis for objection.

Plaintiff's contention that he declined Magistrate Judge jurisdiction is not a basis for objection. The Magistrate Judge hears and determines pre-trial matters by designation, 28 U.S.C. § 636(b)(1)(A)(B); Local Rule 302, rather than consent.

The Objections lack merit.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on February 28, 2014 (ECF No. 11) in full,
2. The request to disqualify the Magistrate Judge is DENIED,
3. The action is DISMISSED with prejudice for failure to state a claim and dismissal shall count as a strike pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g), and
4. The Clerk of the Court shall terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated:  **March 17, 2014**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE